IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TOSHIBA DANIELS,

        Appellant,

v.

Case No.  5D23-729
LT Case No. 2018-CF-010861

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 2, 2023

3.850 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Toshiba Daniels, Ocala, pro se.

Ashley Moody, Attorney General, and
Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., HARRIS and MACIVER, JJ., concur.